Naomi B. Spector, Esq. (SBN: 222573)
naomi@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiffs,*
Christopher Perkins and
Monique Perkins

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER PERKINS and MONIQUE PERKINS,**<br><br>Plaintiffs,<br><br>v.<br><br>**REGIONAL ACCEPTANCE CORPORATION,**<br><br>Defendant. | Case No.: 3:15-cv-02441-MMA-NLS<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Parties anticipate filing a Joint Motion for dismissal of this action in its entirety with prejudice within 60 days. Plaintiffs request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after April 8, 2016 for filing a joint dismissal.

Respectfully submitted,

Date:  February 8, 2016                                  **HYDE & SWIGART**

                                                         By:  s/Joshua B. Swigart
                                                              Joshua B. Swigart
                                                              Attorneys for Plaintiffs