1  Joshua B. Swigart, Esq. (SBN: 225557)
   josh@westcoastlitigation.com
2  **Hyde & Swigart**
   2221 Camino Del Rio South, Suite 101
3  San Diego, CA 92108
   Telephone:     (619) 233-7770
4  Facsimile:     (619) 297-1022
5
6  Abbas Kazerounian, Esq. (SBN: 249203)
   ak@kazlg.com
7  **Kazerouni Law Group, APC**
   245 Fischer Avenue, Suite D1
8  Costa Mesa, CA 92626
   Telephone:     (800) 400-6808
9  Facsimile:     (800) 520-5523
10
11 *Attorneys for Plaintiffs,*
   Christopher Perkins and
12 Monique Perkins

13

14

15

16

**HYDE & SWIGART**
San Diego, California

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

17

18  **CHRISTOPHER PERKINS and**          **Case No: 3:15-CV-02441-MMA-NLS**
    **MONIQUE PERKINS,**
19                                        **NOTICE OF VOLUNTARY**
                          **PLAINTIFFS,**  **DISMISSAL OF ACTION WITH**
20  **V.**                                 **PREJUDICE**

21  **REGIONAL ACCEPTANCE**               **HON. MICHAEL M. ANELLO**
22  **CORPORATION,**

23                          **DEFENDANT.**

24

25

26

27

28

1    Plaintiffs CHRISTOPHER PERKINS AND MONIQUE PERKINS hereby moves this

2  Court to dismiss the above entitled action with prejudice.

3    WHEREFORE, Plaintiff respectfully requests that this court dismiss this

4  action with prejudice.

5

6

Dated: April 6, 2016                           **HYDE & SWIGART**

7

8                                          By:  s/Joshua B. Swigart
                                               Joshua B. Swigart
9                                              Attorney for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HYDE & SWIGART
San Diego, California